CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  JIM MOSELEY
  DAVID L. BRIDGES
  MICHAEL J. O'NEILL
  KERRY P. FITZGERALD
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN



**Court of Appeals**
**Fifth District of Texas at Dallas**
600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

June 18, 2014

William T. Deane
The Office of The Attorney General
P. O. Box 12548
Capital Station
Austin, Texas 78711

Steven B. Thorpe
Thorpe, Hatcher & Washington, PLLC
2214 Main Street
Dallas, Texas 75201

Re:     **Office of the Attorney General v. Ginger Weatherspoon; 05-13-00632-CV**

Dear Attorneys:

Enclosed is a corrected page for the above-mentioned case. Please note the following typographical errors, which have been corrected: In first paragraph, fourth line, the word *subordination* has been replaced with the word *subornation.*

Please replace page 3 of your previous copy with the enclosed.

Sincerely,

Lisa Matz
Clerk of the Court

cc:     Trial court judge
        Trial court clerk